IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
<u>TAMPA DIVISION</u>

| | |
|---|---|
| U. S. EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>CNC DEVELOPMENTS, INC, d/b/a CNC<br>INVESTMENTS, LTD.,<br><br>   Defendants. | §<br>§<br>§<br>§ Case No. 8:05-cv-01814-SCB-EAJ<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**<u>DEFENDANTS' CERTIFICATE OF COMPLIANCE</u>**
**<u>WITH COURT'S ORDER REGARDING CM/ECF REGISTRATION</u>**

I, J. Richard Hammett, give notice to the Court that I have complied with the Court's Order (Docket #9) dated December 13, 2005, by (1) registering for CM/ECF in the Middle District of Florida; (2) entering an email address into my CM/ECF account; and (3) by filing this Certificate of Compliance before January 13, 2006.

                 Respectfully submitted,

                 ***/s/  J. Richard Hammett***
                 J. Richard Hammett, Trial Counsel
                 BAKER & McKENZIE LLP
                 **Attorney for Defendant**
                 Texas Bar No. 24001054
                 Pennzoil Place, South Tower
                 711 Louisiana, Suite 3400
                 Houston, TX  77002-2746
                 Ph: (713) 427-5000
                 Fax: (713) 427-5099
                 Email j.richard.hammett@bakernet.com

## **CERTIFICATE OF SERVICE**

I certify that on January 10, 2006, I electronically filed the foregoing *Certificate of Compliance* w*ith Court's Order Regarding CM/ECF Registration* with the Clerk of the Court via the CM/ECF system, which will send notice of electronic filing to: Maritza I. Gomez, Trial Attorney, EEOC Miami District Office, One Biscayne Tower, Suite 2700, Two Biscayne Boulevard Miami, Florida 33131, maritza.gomez@eeoc.gov.

/s/ ***J. Richard Hammett***
J. Richard Hammett